■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE E. WITHERS, Appellant. [636 NYS2d 669] —Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered September 28, 1994, convicting defendant upon his plea of guilty of the crime of sexual abuse in the first degree.

Defendant pleaded guilty to the crime of sexual abuse in the first degree in satisfaction of a superior court information charging him with this crime and the crime of rape in the first degree. In accordance with the plea agreement, defendant was sentenced to a prison term of 2 to 6 years. Given the nature of the crime, the age of the victim and her relationship to defendant, we reject defendant's claim that the sentence imposed was harsh and excessive. Accordingly, we find no reason to disturb County Court's judgment.

Mikoll, J. P., Mercure, Crew III, White and Casey, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE LUNDY, Appellant. [635 NYS2d 336] —Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered October 5, 1994, convicting defendant upon her plea of guilty of the crime of manslaughter in the first degree.

Defendant pleaded guilty to the crime of manslaughter in the first degree and was sentenced to a term of 7 to 21 years in prison. She argues that the sentence is harsh and excessive. We disagree. Notwithstanding defendant's adverse family background and clean criminal record, she admitted to causing the death of a $2\frac{1}{2}$-year-old child entrusted to her care by inflicting serious physical injuries upon her. In view of this, as well as the fact that the sentence imposed was in accordance with the plea agreement, we find no reason to disturb County Court's judgment.

Mercure, J. P., Crew III, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.